No. 641.

LOUISVILLE, NEW ALBANY & CHICAGO RAILWAY COMPANY v. CREAMER.

From the Orange Circuit Court.

E. C. Field and W. S. Kinnan, for appellant.
J. J. Lingle and T. P. Buskirk, for appellee.

REINHARD, C. J.—This case presents identically the same questions as those decided in Louisville, etc., R. W. Co. v. Parish, ante, page 89, and, upon authority of that case, the judgment below is affirmed.

Filed January 31, 1893.

No. 484.

MCKEE v. THE BOARD OF COMMISSIONERS OF TIPPECANOE COUNTY.

From the Tippecanoe Circuit Court.

A. L. Kumler, T. F. Gaylord, A. W. Caldwell and J. L. Caldwell, for appellant.
J. B. Milner and J. B. Sherwood, for appellee.

DAVIS, J.—The questions involved in this case are the same as were determined by this court, adversely to appellee, in Hawthorn v. Board of Commissioners of Randolph County, 5 Ind. App. 280, 30 N. E. Rep. 16.
The demurrer to the complaint should have been overruled.
The judgment of the court below is reversed, with costs, for the reasons given in the opinion filed in the case above cited.

Filed February 14, 1893.

No. 851.

VAN AUKEN v. RAINIER.

Appeal from the Noble Circuit Court.

H. G. Zimmerman, J. A. Woodhull and W. W. Brown, for appellant.
W. L. Penfield, for appellee.

ROSS, J.—The record in this case, and the questions presented, are the same as in cause No. 850, Van Auken v. Hook, ante, page 610, decided at the November term, and, upon the authority of that case, the judgment rendered in this case must be affirmed.
Judgment affirmed.

Filed May 25, 1893.